RECEIVED
BY: _____
FEB 2 2 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES CAMP | CIVIL ACTION NO. 08-1201 |
| VERSUS | JUDGE DONALD E. WALTER |
| GARY SEXTON, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Before this Court is a Motion for Summary Judgment [Record Document 36] filed on behalf of Defendants, Gary Sexton, et al ("Sexton").

Summary judgment "should be rendered if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. Pro. 56(c)(2). The burden of proof in a summary judgment proceeding is on the party moving for summary judgment. Celotex Corp. v. Catrett, 477 U.S. 317, 330, 106 S.Ct. 2548, 2556 (1986). If the motion is properly made, the non-movant "must set forth facts showing that there is a genuine issue for trial." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250, 106 S.Ct. 2505, 2511 (1986). Additionally, Local Rule 56.1 requires the moving party to file a statement of material facts as to which it contends there is no genuine issue to be tried. All material facts set forth in the statement required to be served by the moving party "will be deemed admitted, for purposes of the motion, unless controverted as required by this rule." Local Rule 56.2.

In the present matter, Charles Camp ("Camp") has not filed an opposition to Sexton's Motion

for Summary Judgment. On January 22, 2010, this Court issued a "Notice of Motion Setting" [Record Document 40] giving Camp twenty-one (21) calendar days from January 22, 2010 to file an opposition to Sexton's Motion for Summary Judgment. He has not done so as of the drafting of this Order. Thus, because the material facts set forth by Sexton [Record Document 36-4] have not been controverted, there is no genuine issue of material fact for trial.

Therefore, **IT IS ORDERED** that Gary Sexton, et al's Motion for Summary Judgment be and is hereby **GRANTED. IT IS FURTHER ORDERED,** that Gary Sexton, et al's Motion to Dismiss [Record Document 37] for failure to timely comply with the Court's order to respond to defendant's discovery request is hereby **MOOT.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 19 day of February 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE