UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHARLES CAMP** | **CIVIL ACTION NO. CV08-1201** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **GARY SEXTON, IN HIS OFFICIAL CAPACITY, WEBSTER PARISH, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# O R D E R

Considering the foregoing motion:

IT IS HEREBY ORDERED that CHARLES H. KAMMER, III is allowed to enroll as counsel for the petitioner, CHARLES CAMP, in the above styled and numbered cause.

ORDER SIGNED at Shreveport, Louisiana, on this __26__ day of __March__, 2010.

_____
UNITED STATES ~~DISTRICT JUDGE~~
Mag. Judge