U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 3 1 2010

TONY R. M......, ....RK
BY _____
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHARLES CAMP** | **CIVIL ACTION NO. CV08-1201** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **GARY SEXTON, IN HIS OFFICIAL CAPACITY, WEBSTER PARISH, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## O R D E R

Considering the foregoing motion:

IT IS HEREBY ORDERED that the deadline to file a Notice of Appeal under Rule 4 of the Rules of Appellate Procedure is extended by 30 days.

ORDER SIGNED at Shreveport, Louisiana, on this 31 day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE